IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOMMIE L. FITZHUGH<br>3508 Woodcreek Drive<br>Suitland, Maryland 20846<br><br>NICOLE BETTER-FITZHUGH<br>3508 Woodcreek Drive<br>Suitland, Maryland 20846<br><br>Plaintiffs,<br><br>v.<br><br>FERGUSON ENTERPRISE, INC.,<br>12500 Jefferson Avenue<br>Newport News, Virginia 23609<br><br>Defendant. | Civil Action No. _____ |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Ferguson Enterprises, Inc., named incorrectly herein as Ferguson Enterprise, Inc. ("Ferguson"), by counsel, gives notice to this Court, the Clerk of the Superior Court of the District of Columbia, and Plaintiffs Tommie L. Fitzhugh and Nicole Better-Fitzhugh of the removal of <u>Tommie L. Fitzhugh, et al. v. Ferguson Enterprise, Inc.</u>, Civil Action No. 06-CA-0001494, previously filed in the Superior Court of the District of Columbia (the "State Court Action"). In support, Ferguson states:

1. The State Court Action was commenced on February 27, 2006, by the Plaintiffs' filing a Complaint in the Superior Court for the District of Columbia.

2. On or about February 28, 2006, Ferguson's resident agent in the District of Columbia received a copy of the Complaint and Summons.

3. Ferguson is incorporated in the Commonwealth of Virginia, and its principal place of business is in Newport News, Virginia.

4. The Plaintiffs are citizens and residents of Maryland.

5. The State Court Action is between citizens of different states and is for an amount in controversy alleged to be in excess of $75,000, exclusive of interest and costs.

6. The State Court Action is an action over which the District Courts of the United States have original jurisdiction pursuant to 28 U.S.C. § 1332 and is properly removable pursuant to 28 U.S.C. § 1441(a) to the District Court of the United States embracing the place where such action is pending.

7. The United States District Court for the District of Columbia embraces the district in which the State Court Action is now pending.

8. The United States District Court for the District of Columbia is the proper court to which to remove the State Court Action.

9. In the State Court Action, Ferguson has been served with a complaint, summons and an initial order. Ferguson filed a Motion for Extension of time and Rule 7.1 Disclosure Statement. To correct an inadvertent error, Ferguson also filed an Amended Motion for Extension. Ferguson obtained an extension of time in which to respond to the Complaint until March 27, 2006 and filed and served its Answer on March 23, 2006. Undersigned counsel certifies that all process and pleadings filed to date are attached hereto and by reference made a part of this Notice of Removal.

10. This Notice of Removal is filed within 30 days of notice of the Plaintiffs' filing of the Complaint in the Superior Court for the District of Columbia and is signed pursuant to the Federal Rules of Civil Procedure.

11. Ferguson will provide written notice of the filing of this Notice of Removal to the Plaintiffs promptly after filing the same as required by law.

12. Ferguson will file a true and correct copy of this Notice of Removal with the Clerk of the Superior Court for the District of Columbia as provided by law.

WHEREFORE, Ferguson respectfully prays that the entire action be removed from the Superior Court for the District of Columbia to the United States District Court for the District of Columbia as provided by law and asks this Court to make further orders as may be required for its determination.

Respectfully submitted,

FERGUSON ENTERPRISES, INC.

By: _____Susan Wiltsie_____
Counsel

A. Neal Barkus, Esq. (Bar No. 362893)
Susan F. Wiltsie, Esq. (Bar No. 429625)
Scot A. Hinshaw, Esq. (Bar No. 449723)
HUNTON & WILLIAMS LLP
1900 K Street, N.W.
Washington, DC 20006
(202) 955-1500
(202) 778-2201 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of March, 2006, the foregoing Notice of Removal was served by overnight mail upon:

>Hubert M. Schlosberg
>Law Offices of Hubert M. Schlosberg
>2000 Massachusetts Avenue, N.W.
>Third Floor
>Washington, D.C. 20036

_____
Susan Wiltsie