CO-386-online
10/03

# United States District Court
# For the District of Columbia

Tommie L. Fitzhugh,  )
Nicole Better-Fitzhugh,  )
 )
              Plaintiff  )  Civil Action No._____
vs  )
 )
Ferguson Enterprise, Inc.,  )
 )
 )
              Defendant  )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Ferguson Enterprises, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Ferguson Enterprises, Inc.__ which have any outstanding securities in the hands of the public:

Wolseley, plc

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*Susan Wiltsie*
Signature

__429625__
BAR IDENTIFICATION NO.

Susan F. Wiltsie, Esq.
Print Name

1900 K Street, NW, Suite 1200
Address

Washington, D.C.  20006
City       State      Zip Code

202-955-1500
Phone Number