

# HUNTON & WILLIAMS

HUNTON & WILLIAMS LLP
1900 K STREET, N.W.
WASHINGTON, D.C. 20006-1109

TEL   202 • 955 • 1500
FAX   202 • 778 • 2201

SCOT A. HINSHAW
DIRECT DIAL: 202-955-1930
EMAIL:  shinshaw@hunton.com

April 12, 2006

FILE NO: 34225.1

Hubert M. Schlosberg, Esq.
Law Offices of Hubert M. Schlosberg
2000 Massachusetts Avenue, N.W.
Third Floor
Washington, D.C. 20036

<u>**Tommie L. Fitzhugh, *et al.* v. Ferguson Enterprise, Inc.**</u>
Case No. 1:06-cv-00566

Dear Mr. Schlosberg:

I am in receipt of your recent letter to Susan Wiltsie regarding a voluntary dismissal without prejudice of the Plaintiffs' case. As she discussed with you last week, signing this notice provides no advantage our client. Ferguson has decided that it is comfortable with the current venue of this case. Thus, we respectfully decline to sign the notice of dismissal and have returned it to you herein.

Also enclosed you will find Ferguson's First Consolidated Discovery Request to the Plaintiffs.

Sincerely,

Scot A. Hinshaw

SAH:rij
Enclosures