**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TOMMIE L. FITZHUGH, *et al.*,    ) | |
|    ) | |
| Plaintiffs,    ) | |
|    ) | Civil Action No. 06-0566 (HHK) |
| v.    ) | |
|    ) | |
| FERGUSON ENTERPRISE, INC.,    ) | |
|    ) | |
| Defendant.    ) | |

## ORDER

Upon consideration of Plaintiffs' Motion for Voluntary Dismissal of Complaint Without Prejudice, and all opposition thereto, it is hereby,

**ORDERED, ADJUDGED** and **DECREED** that the Plaintiffs' Motion is **DENIED**.

So ordered.

This ___ day of _____ 2006

_____
The Honorable Henry H. Kennedy, Jr.
United States District Court Judge