**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TOMMIE L. FITZHUGH, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 06-0566 (HHK) |
| v. ) | |
| ) | |
| FERGUSON ENTERPRISE, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of Defendant's Motion to Transfer Venue in the alternative of Plaintiffs' Motion for Voluntary Dismissal of Complaint Without Prejudice, and all opposition thereto, it is hereby,

**ORDERED, ADJUDGED** and **DECREED** that the Defendant's Motion is **GRANTED**, and it further;

**ORDERED, ADJUDGED** and **DECREED** that this action be **TRANSFERRED** to the United States District Court for the District of Maryland (Southern Division) because of the convenience of the parties, to serve the interest of justice, and because this case could originally have been brought in such venue. The Clerk of the Court will take such action as necessary to effect transfer.

So ordered.

This ___ day of _____ 2006

_____
The Honorable Henry H. Kennedy, Jr.
United States District Court Judge