UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TOMMIE L. FITZHUGH, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**FERGUSON ENTERPRISE, INC.,**<br><br>**Defendant.** | Civil Action 06-00566 (HHK) |

**O R D E R**

Upon consideration of plaintiffs' motion for voluntary dismissal of complaint without prejudice (#4) and defendant's response thereto, it is this 9th day of May, 2006, hereby,

**ORDERED**, that the plaintiffs' motion is hereby **GRANTED;** and it is further

**ORDERED**, that plaintiffs' complaint is dismissed without prejudice.

Henry H. Kennedy, Jr.<br>United States District Judge